IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 4:24-cr-204-DPM

CARL JAMES GREEN DEFENDANT

# ORDER

Magistrate Judge Moore and this Court have ordered that Green be examined pursuant to 18 U.S.C. § 4242 to determine the existence of insanity at the time of his alleged offense. *Doc. 13, 36 & 37.* The Court has now received the facility designation where Green's evaluation will take place. The Court directs the United States Marshals Service to immediately transport Green to MCC San Diego.

Pursuant to 18 U.S.C. § 4247(b), Green is committed to the custody of the Attorney General, or his authorized representative, for a reasonable period not to exceed forty-five days for an examination under 18 U.S.C. § 4242. This time period excludes any time consumed by transportation, though taking more than ten days for transport either to or from the facility is presumptively unreasonable. 18 U.S.C. § 3161(h)(1)(F). If a quarantine period is required when Green arrives at the facility, then that period is excluded from the study period, too.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies provided to

Green's lawyer and the Government. When the evaluations are completed, the Marshals must immediately transport Green back to the Eastern District of Arkansas so he can appear at a hearing to determine competency and capacity.

Any delay caused by this examination is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) & (F).

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 July 2026